UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VENIAS JORDAN, JR.,

    Plaintiff,

v.

VERYNDA STROUGHTER, ET AL.,

    Defendants.
_____/

Case No. 20-cv-12126

U.S. DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

## **JUDGMENT**

In accordance with the Opinion and Order entered on this date, judgment is hereby entered in favor of the Defendants and against the Plaintiff on Counts I, II, and III of Plaintiff's Amended Complaint. It is further ordered and adjudged that the remaining state law claims in Plaintiff's Amended Complaint are dismissed without prejudice.

   **IT IS SO ORDERED.**

   Dated:  February 17, 2021

                                              /s/Gershwin A. Drain
                                            GERSHWIN A. DRAIN
                                            United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
February 17, 2021, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Deputy Clerk